IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY HATTEN, :
        Petitioner :
         :
   vs. : CIVIL NO. 1:CV-11-1051
         :
WARDEN B.A. BLEDSOE, :
        Respondent :
         :
         :

*O R D E R*

AND NOW, this 24th day of July, 2012, upon consideration of the report (Doc. 10) of the magistrate judge, filed May 15, 2012, and Plaintiff's objections (Doc.13) thereto, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The 28 U.S.C. § 2241 petition (Doc. 1) is denied.

    3. Petitioner's petition (Doc. 16) to expedite and for judgment as a matter of law is denied.[1]

    3. The Clerk of Court shall close this file.[2]

                                    /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge

---

[1] Our denial of the petition to expedite is without prejudice to any claim Petitioner has concerning the calculation of his good-time credit as an inmate who was formerly serving a life sentence. That claim was not part of the 2241 petition.

[2] In his "petition request to expedite," (Doc. 16), Petitioner makes a new due process claim concerning his staff representative in No. 2037471. We reject this claim because it was not presented in the habeas petition and because it lacks merit in any event.